**Opinion filed July 9, 2009**



In The

# Eleventh Court of Appeals

———————

## No. 11-09-00031-CR

———————

## AVION HARRIS, Appellant

## V.

## STATE OF TEXAS, Appellee

---

**On Appeal from the County Criminal Court No. 2**

**Denton County, Texas**

**Trial Court Cause No. CR-2008-06959-B**

---

### M E M O R A N D U M   O P I N I O N

Avion Harris has filed in this court a motion to dismiss his appeal. The motion is signed by both appellant and his counsel. The motion is granted, and the appeal is dismissed.

July 9, 2009                                                                                     PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.